IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ONE 2000 CHEVROLET MONTE<br>CARLO COUPE LS,<br>VIN 2G1WW12E4Y9209016,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07-C-0651-S<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER FOR DEFAULT JUDGMENT

  The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant One 2000 Chevrolet Monte Carlo Coupe LS, VIN 2G1WW12E4Y9209016, on November 15, 2007.

  The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. The complaint further alleges that the defendant conveyance is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(4).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. Notice of this action was also published in *The Daily News* on December 31, 2007. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filedwith the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant one 2000 Chevrolet Monte Carlo Coupe LS, VIN 2G1WW12E4Y9209016, is conveyed to the Plaintiff, United States of America.

DATED: February 15, 2008

BY THE COURT:

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge

Entered this 21st day of February 2008.

Theresa M. Owens
THERESA M. OWENS, Clerk
United States District Court

2